UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS – WESTERN DIVISION

IN RE: Robert E. Cordeira
Deborah A. Cordeira **Chapter 13 Bankruptcy Case #10-31767 hjb**

## DEBTORS' OBJECTION TO CLAIMS FILED BY UNITED CONSUMER FINANCIAL SERVICES (KIRBY) – CORRECTED

Now come Debtors and state through counsel an objection to Creditor's claim as Debtors will surrender the property rendering their claim unsecured.

Karen J. Murphy, Attorney for Debtors

## CERTIFICATE OF SERVICE

I, Karen J. Murphy, Attorney for Debtors, Robert E. Cordeira & Deborah A. Cordeira do hereby state that on November 30, 2010, I electronically filed this Objection to Claim filed by United Consumer Financial Services (Kirby) with the US Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served this document on the following CM/ECF participants:

Office of the US Trustee
Denise M. Pappalardo, Esquire - Chapter 13 Trustee

I further certify that I have served a copy of this Debtors' Objection to Claim filed by United Consumer Financial Services (Kirby) on United Consumer Financial Services (Kirby) by mailing the same postage prepaid to their attorney, Bass & Associates, P.C., 3936 E. Ft. Lowell, Suite 200, Tucson, AZ 85712 on November 30, 2010.

Karen J. Murphy, Esquire
Pioneer Valley Legal Associates, L.L.P.
34 Sumner Avenue
Springfield, MA 01108
(413) 781-0402, fax (413)
e-mail: bankruptcy.pvlalaw@verizon.net
B.B.O. #546053

01/26/11 Overruled no response has been filed. The hearing of 01/27/11 is cancelled.
Henry Jack Boroff

35
11/30/10